IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WAYNER D. BLACK,

    Petitioner,                        JUDGMENT IN A CIVIL CASE

v.                                          Case No. 14-cv-304-bbc

UNITED STATES OF AMERICA,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Wayner D. Black's motion for post conviction relief under 28 U.S.C. § 2255.


      s/K. Jacobson, Deputy Clerk                  4/28/2014
      Peter Oppeneer, Clerk of Court                 Date