IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WAYNER D. BLACK,

    Petioner,

v.

UNITED STATES OF AMERICA

    Respondent.

NOTICE OF APPEAL

Case No. 14-cv-304-bbc

---

    Notice is hereby given that WAYNER D. BLACK, petitioner in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the order denying petitioner post-conviction relief under 28 U.S.C. § 2255 entered in this action on the 28th day of April, 2014.

_____
WAYNER D. BLACK

Witnessed on:

_____

DOC NO REC'D/FILED
2014 MAY 15 AM 9:32
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

WAYNER BLACK #06899-090  
FEDERAL CORRECTIONAL INSTITUTION  
F.C.I. PEKIN  
P.O. Box 5000  
Pekin, IL 61555

Case: 3:14-cv-00334-bbc Document #: 46-1 Filed: 05/15/14 Page 2 of 21

PEORIA IL 616

13 MAY 2014 PM 2 L

RECEIVED  
MAY 13 2014  
FCI PEKIN  
MAIL ROOM

⇔06899-090⇔  
Clerk Of Courts  
120 N Henry ST  
Room 320  
Madison, WI 53703  
United States

5370334304

(LEGAL MAIL)          (LEGAL MAIL)